# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Mark Mlsna,

    Plaintiff,

v.

Union Pacific Railroad Co.,

    Defendant.

CASE NO. 3:18-cv-00037

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff Mark Mlsna hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Court's May 15, 2019 order, in which it granted summary judgment to Defendant Union Pacific Railroad Co. (Dkt. 97), and judgment, which the Court entered the next day (Dkt. 98).

Dated: June 10, 2019

Respectfully submitted:

s/ Nicholas D. Thompson
Nicholas D. Thompson, Esq.
 (MN #1078903)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Telephone: (757) 393-4093
Fax: (757) 397-7257
E-mail: nthompson@moodyrrlaw.com


Thomas W. Fuller (MN #0394778)
Hunegs, LeNeave & Kvas, P.A.
1000 Twelves Oaks Center Drive
Suite 101
Wayzata, MN 55391
tfuller@hlklaw.com

*Attorneys for Mark Mlsna*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic mean, as more fully reflected on the Notice of Electronic filing:

Scott P. Moore (NE# 20752)
David P. Kennison (NE# 25510)
Baird Holm LLP
1700 Farnam St. Ste. 1500
Omaha, NE 68102
402-636-8311
402-344-0588 (facsimile)
spmoore@bairdholm.com
dkennison@bairholm.com

*Attorney for Defendant*

                                                  /s/ Nicholas D. Thompson_____