# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Mark Mlsna,

        Plaintiff,

v.

Union Pacific Railroad Co.,

        Defendant.

Civil No. 3:18-cv-00037

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff Mark Mlsna appeals to the United States Court of Appeals for the Seventh Circuit from the district court's order denying Plaintiff's motion for reconsideration, Dkt. 115, the district court's order granting summary judgment in favor of Defendant Union Pacific Railroad Co., Dkt. 97, the district court's final judgment, Dkt. 98, and all other interlocutory orders entered by the district court.

Respectfully submitted this 12th day of September, 2019.

                                                              /s/Nicholas D. Thompson
                                                        Nicholas D. Thompson
                                                        THE MOODY LAW FIRM, INC.
                                                        500 Crawford Street, Suite 200
                                                       Portsmouth, Virginia 23704
                                                        (757) 393-4093
                                                        nthompson@moodyrrlaw.com

                                                        *Counsel for Plaintiff*