**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN**

MARK MLSNA,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

      Defendant.

CASE NO. 3:18-cv-00037

**DEFENDANT'S MOTIONS IN LIMINE**

Defendant, Union Pacific Railroad Company ("Union Pacific") respectfully moves the Court for an order *in limine* to limit the evidence, testimony, and/or argument presented by Plaintiff, Mark Mlsna ("Mlsna"), through his counsel or any witnesses, as follows:

1.      Arguments or evidence about any alleged device that has not undergone audiological testing by an audiologist disclosed in this case;

2.      Arguments or evidence about any alleged device or technology that did not exist during the interactive process in 2015;

3.      Arguments or evidence that the E.A.R. Primo has a "noise reduction rating," (NRR);

4.      Arguments or evidence that Union Pacific should have individually tested Mlsna's noise exposure;

5.      Arguments or evidence that Union Pacific was required to offer a variety of hearing amplification devices under FRA regulations;

6.      Arguments or evidence that new technology is causing allegedly lower decibels readings in Union Pacific's dosimetry data;

1

7.     Arguments, evidence, or reference to any other lawsuits against Union Pacific;

8.     Arguments, evidence, or reference to inferences based on privileged discussions with in-house counsel;

9.     Arguments or references to any pretrial motions and orders, including the Seventh Circuit's opinion in this case;

10.     Arguments, evidence, or references to the FRA's Operating Crew Review Board decision, including the implication of such decision.


Dated this 18th day of May, 2021


UNION PACIFIC RAILROAD COMPANY,
Defendant


By:   /s/ Scott P. Moore
Scott Parrish Moore (admitted pro hac vice)
David P. Kennison (admitted pro hac vice)
  BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
 Phone: 402-344-0500
spmoore@bairdholm.com
dkennison@bairdholm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Nicholas D. Thompson
Thomas W. Fuller
Adam W. Hansen

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

None.

/s/ Scott P. Moore

DOCS/2638430.2