IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

MARK MLSNA,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

ORDER

18-cv-37-wmc

Before the court is the parties' request for ruling on objections to certain deposition designations as to Garry Gordon.

| Page and Line Designations | Objections | Court Ruling | Counter Designations | Court Ruling |
|---|---|---|---|---|
| 5:11-17 | | | 8:4-15 | |
| 5:24–6:1 | | | | |
| 9:20–14:25 | | | 17:14-18 | |
| 18:7-10, 23:2-25:25 | 25:8-25; R, F, 403 | STRIKE 18:7-10; STRIKE 23:2-16; otherwise OVERRULED | 18:22-19:5 19:21:20:14 20:15-21:11 21:12-23:1 26:11-27:6 | STRIKE ALL |
| | | | 28:3-6 | STRIKE |
| 28:10-29:4 | | | 29:5-8 | |
| 29:9-32:12 | 30:23-31:14: R, F, 403 | OVERRULED | 32:17-25 | |

1

| Page and Line Designations | Objections | Court Ruling | Counter Designations | Court Ruling |
|---|---|---|---|---|
| | 31:18-25: R, 403 | | | |
| 38:12-39:3 | | | 38:2-11 | |
| 42:9-42:21 | R, F, 403 | OVERRULED | 41:3-14<br><br>41:25-42:8<br><br>42:22-24 | |
| 42:25-43:23 | 43:19-23: R, F | OVERRULED | 43:24-44:5 | STRIKE 43:24-25 |
| 44:6-46:10 | 45:12-23: R, F, H<br><br>45:24-46:10: R, F, H | OVERRULED | | |
| 46:21-47:7 | H, F | SUSTAIN OBJECTION | 47:8-25<br><br>48:1-8<br><br>49:19-24; 50:2-5; 50:18-20; 51:1-2 | STRIKE ALL |
| 52:18-54:20 | 53:16-54:20: R, F, H | OVERRULED | 55:4-25 | |
| 58:24-59:8 | H, F | OVERRULED | 58:7-23<br><br>59:9-60:19<br><br>60:23-25; 61:9-25<br><br>62:1-6 | STRIKE 59:9-60:7; STRIKE 60:23-25 |
| 64:3-65:18 | R, 403, F; Vague as to "tweaked it or reprogrammed it" at 64:14-16 | STRIKE 64:18-19; STRIKE 65:14; otherwise OVERRULED | | |

2

| Page and Line Designations | Objections | Court Ruling | Counter Designations | Court Ruling |
|---|---|---|---|---|

| Page and Line Designations | Objections | Court Ruling | Counter Designations | Court Ruling |
|---|---|---|---|---|
| | 65:7-18 – R, F, 403, H | | | |
| 69:10-73:22 | 69:10-20: F, 403<br><br>69:25-70:10: R, F, 403<br><br>70:13-73:2: R, 403, F, H<br><br>73:9-22: R, 403, F | STRIKE 69:17 & 72:21-73:80; otherwise OVERRULED | 74:2-77:6 | |
| 77:10-79:20 | 77:10-79:20 – beyond the scope/improper additional cross examination<br><br>77:21-78:12 – R, F<br><br>78:13-79:20: R,403,F | STRIKE 77:10-20;<br><br>STRIKE 79:1-15; otherwise OVERRULED | | |

Accordingly, IT IS ORDERED that the parties' request for rulings on objections to certain designations is GRANTED, and the objections are sustained in part and overruled in part as provided above.

Entered this 25th day of June, 2021.

BY THE COURT:
 /s/
WILLIAM M. CONLEY
 District Judge
