IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK MLSNA,

                Plaintiff,                SPECIAL VERDICT

v.

                                          18-cv-37-wmc

UNION PACIFIC RAILROAD CO.,

                Defendant.

---

We, the jury, for our special verdict, do find as follows:

**QUESTION 1:** Did Mlsna prove his ADA disparate-treatment discrimination claim against Union Pacific?

                ANSWER:  Yes __X__      No _____

**QUESTION 2:** Did Mlsna prove his ADA failure-to-accommodate claim against Union Pacific?

                ANSWER:  Yes __X__      No _____

*If you answered "Yes" to either Question 1 or Question 2, proceed to Question 3 and Question 4. If you answered "No" to both questions, skip Questions 3 and 4, sign and date this form, and return it.*

**QUESTION 3:** Did Union Pacific prove that allowing Mlsna to continue working would have posed a direct threat to himself or others in the workplace?

                ANSWER:  Yes _____      No __X__

1

QUESTION 4: Did Union Pacific prove that accommodating Mlsna's disability would have imposed an undue hardship on Union Pacific's business?

ANSWER:   Yes _____   No __X__

*[signature]*
Presiding Juror

Madison, Wisconsin

Dated this 1st day of 07, 2021.