IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK MLSNA,

      Plaintiff,

v.

UNION PACIFIC RAILROAD CO.,

      Defendant.

SPECIAL VERDICT - DAMAGES

18-cv-37-wmc

---

We, the jury, for our special verdict, do find as follows:

**QUESTION 1:** Has Mlsna suffered mental and emotional pain and suffering as a result of Union Pacific's violation of his rights under the ADA?

      ANSWER:   Yes __X__   No _____

*If you answered "Yes" to Question 1, then answer Question 2; otherwise, skip Question 2 and proceed to Question 3.*

**QUESTION 2:** What amount will fairly compensate Mlsna for his mental and emotional pain and suffering as a result of Union Pacific's violation of his rights under the ADA?

      $ 3,670,000.00

**QUESTION 3:** Did Union Pacific act with reckless disregard of Mlsna's rights under the ADA?

      ANSWER:   Yes __X__   No _____

1

*If you answered "Yes" to Question 3, then answer Question 4; otherwise, sign and return this verdict form.*

QUESTION 4: What amount of punitive damages, if any, should be assessed against Union Pacific?

$ 40,300,000.00

_____
Presiding Juror

Madison, Wisconsin

Dated this 1st day of 07, 2021.