IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK MLSNA,

           Plaintiff,

v.                                          Case No. 18-cv-37-wmc

UNION PACIFIC RAILROAD COMPANY,

           Defendant.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Mark Mlsna against defendant Union Pacific Railroad Company in the amount of $300,000 in compensatory damages, $752,281.08 in back pay, $222,960.32 in prejudgment interest, and $391,228.62 in front pay on his disparate treatment and failure to accommodate claims under the Americans with Disabilities Act, 42 U.S.C. § 1210, *et seq.*

Approved as to form this 13th day of August, 2021.

_____
William M. Conley
District Judge

_____       8/13/21
Peter Oppeneer                                   Date
Clerk of Court