# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mark MLSNA,<br><br>　　　　　　　　　　　　　　Plaintiff<br><br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　　　　　　　　　　Defendant. | Case No. 3:18-cv-00037-wmc<br><br>**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

　　　　Plaintiff Mark Mlsna, the prevailing party in this action, moves the Court for an award of attorneys' fees and litigation costs.

　　　　On July 2, 2021, the jury returned a verdict in favor of Mlsna, and on August 13, 2021, the Court entered judgment in favor of Mlsna and against Defendant Union Pacific Railroad Company in the amount of $1,666,469.90.  ECF Nos. 278, 281, 314. On August 27, 2021, Magistrate Judge Steven L. Crocker granted Plaintiff's Unopposed Motion for an Extension of Time to File Motion for Attorney's Fees and Costs by 14 days, up to and including September 10, 2021. ECFs No. 317-318.

　　　　Pursuant to Fed. R. Civ. P. 54(d) and 42 U.S.C. § 12205, and for the reasons set forth in the accompanying memorandum, Plaintiff now respectfully requests an award of attorneys' fees in the amount of $1,239,570 and costs in the amount of $104,264.60.

| | |
|---|---|
| Dated: September 10, 2021 | Respectfully submitted:<br><br>s/ Adam W. Hansen<br>Adam W. Hansen<br>Colin Reeves<br>APOLLO LAW LLC<br>333 Washington Avenue North<br>Suite 300 |

Minneapolis, MN 55401
(612) 927-2969
adam@apollo-law.com
colin@apollo-law.com

Nicholas D. Thompson, Esq.
nthompson@caseyjoneslaw.com
Casey Jones Law LLC
3520 Cherryvale Avenue, Suite 83
Appleton, WI 54913
Telephone: (757) 477-0991

Thomas W. Fuller (MN #0394778)
Hunegs, LeNeave & Kvas, P.A.
1000 Twelves Oaks Center Drive
Suite 101
Wayzata, MN 55391
tfuller@hlklaw.com

***Attorneys for Mark Mlsna***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Scott P. Moore (NE# 20752)
David P. Kennison (NE# 25510)
Baird Holm LLP
1700 Farnam St. Ste. 1500
Omaha, NE 68102
402-636-8311
402-344-0588 (facsimile)
dkennison@bairholm.com

*Attorneys for Defendants*

s/ Adam W. Hansen